Case: 1:25-mj-00123
Assigned To: Judge Sharbaugh, Matthew J.
Assign. Date: 7/23/2025
Description: COMPLAINT W/ARREST WARRANT

## STATEMENT OF FACTS

1. On July 22, 2025, at approximately 7:30 pm FBI Agent Eugenia Bates, badge number 101529, was assaulted by SYDNEY REID. FBI Agent Bates was on duty and in fully marked FBI gear.

2. FBI agent Eugenia Bates was assisted by ERO Officer Dinko Residovic, badge 10058, and ERO Officer Vincent Laing, badge number 5877, in the arrest and transfer of two known gang members suspected to be part of the 18th Street Gang into FBI custody. The two gang members were being released from DC Central Detention Facility located at 1901 D St SE Washington, D.C 20003. Both gang members had been arrested by the Metropolitan Police Department (CCN 25110246), one for firearm related charges.

3. Due to the immigration status of the two gang members, they were released to the custody of Immigration and Customs Enforcement (ICE). The two gang members were released through the common intake entrance that is open to the public. After the first suspect was taken into FBI custody but while the second suspect was still being transferred, the defendant SYDNEY REID (hereinafter referenced as REID) walked up close to the officers and started video recording the agents outside of the DC jail.

4. ERO Officer Vincent Liang gave instructions to REID to step back and allow them to complete the transfer of the two suspects. REID continued to move closer to the officers and continued to record the arrest. Officer Laing reiterated to REID that she could not get any closer. REID got in Officer Laing's face, and he could smell alcohol coming off REID's breath. After multiple commands to step back, REID tried to go around Officer Laing by going up the side steps and attempted to get in between the FBI Agents and the second suspect being transferred into their custody.

5. As REID was trying to get behind Officer Lang and impede the transfer of the second suspect by inserting herself between the second suspect and the agents, Officer Lang pushed REID against the wall and told her to stop. REID continued to struggle and fight with Officer Lang. Agent Bates came to Office Lang's assistance in trying to control REID. REID was flailing her arms and kicking and had to be pinned against a cement wall.

6. During the struggle, REID forcefully pushed Agent Bates's hand against the cement wall. This caused lacerations on the back side of Agent Bates's left hand as depicted below.



*Figure 2: Injuries to FBI Agent Bates's hand*

7.  As such, Your Affiant submits that there is probable cause to find that, on July 22, 2025, in the District of Columbia, SYDNEY REID did forcibly assault, resist, oppose, impede, intimidate, and interfere with a person designated in 18 U.S.C. § 1114, to wit: FBI Agent Eugenia Bates who was engaged in official duties and SYDNEY REID intentionally and forcibly obstructed the transfer of suspects into FBI custody and made physical contact with FBI Agent Eugenia Bates and inflicted bodily injury in violation of 18 USC 111(a)(1).

Respectfully Submitted,

_____

Special Agent Abdul Majeed
Homeland Security Investigations Badge Number 9967

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 23rd day of July, 2025.*

_____
**Matthew J. Sharbaugh**
UNITED STATES MAGISTRATE JUDGE