UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 25-cr- |
| | : | |
| v. | : | MAGISTRATE NO. 25-mj-123 |
| | : | |
| SYDNEY LORI REID, | : | VIOLATION: |
| | : | 18 U.S.C. § 111(a)(1) |
| Defendant. | : | (Assaulting, Resisting, or Impeding |
| | : | Certain Officers) |

## INFORMATION

The United States Attorney charges that:

## COUNT ONE

On or about July 22, 2025, within the District of Columbia, **SYDNEY LORI REID**, did forcibly resist, impede, and interfere with an officer and employee of the United States, Special Agent E.B. and Officer V.L., while such person was engaged in and on account of the performance of official duties.

(**Assaulting, Resisting, or Impeding Certain Officers,** in violation of Title 18, United States Code, Section 111(a)(1))

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:   /s/ Christine M. Macey
Assistant United States Attorney
D.C. Bar No. 1010730
Deputy Chief, Felony Major Crimes Section
601 D Street, NW
Washington, D.C. 20530
(202) 252-7058
Christine.Macey@usdoj.gov