UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 25-CR-244 (SLS) |
| | : | |
| **SYDNEY LORI REID,** | : | |
| | : | |
| Defendant. | : | |

**GOVERNMENT'S UNOPPOSED MOTION TO EXTEND FILING
DEADLINES FOR MOTIONS IN LIMINE**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this unopposed motion requesting a later briefing schedule for motions in limine.

On August 28, 2025, the instant case was set for trial beginning October 14, 2025. The Court's Pretrial Order (ECF No. 19) set a deadline of September 11, 2025 for motions in limine, with oppositions due by September 18, 2025. The government anticipates needing more time to complete its omnibus motion in limine and respectfully requests one additional week to do so. Accordingly, the attached proposed order provides for a new motions in limine deadline of September 18, 2025, with oppositions due by September 26, 2025, to provide the defense with one additional day than initially scheduled to file their response. The government is not requesting any other modifications to the Pretrial Order scheduling.

*[continued on next page]*

Undersigned counsel consulted with counsel for the defendant, who does not oppose this motion.

                        Respectfully Submitted,

                        JEANINE FERRIS PIRRO
                        UNITED STATES ATTORNEY

By:   /s/ *Christine M. Macey*
       Christine M. Macey
       Assistant United States Attorney
       Joseph Dernbach
       Special Assistant United States Attorney
       D.C. Bar No. 1010730 (Macey)
       D.C. Bar No. 1740516 (Dernbach)
       601 D St, NW
       Washington, D.C. 20530
       Christine.Macey@usdoj.gov
       Joseph.Dernbach@usdoj.gov
       (202) 252-7058 (Macey)
       (202) 834-4815 (Dernbach)

Date: September 9, 2025