UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No.: 25-cr-244 (SLS) |
| v. : | |
| : | |
| SYDNEY LORI REID, : | |
| : | |
| Defendant. : | |

## NOTICE OF WITHDRAWAL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney Christine Michelle Macey, as counsel for the United States, is terminating their appearance as counsel of record in this matter. All other government counsel noted on the docket at the time of this filing will remain counsel for the United States.

Respectfully submitted,

Jeanine Ferris Pirro
United States Attorney

By: /s/ *Christine Michelle Macey*
Christine Michelle Macey
Assistant United States Attorney
DC Bar No. 1010730
United States Attorney's Office
601 D Street, N.W.
Washington, D.C. 20530
202-252-7058
Christine.Macey@usdoj.gov