**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **Case No. 25-CR-244 (SLS)** |
| : | |
| **SYDNEY LORI REID,** : | |
| : | |
| **Defendant.** : | |

**THE PARTIES' JOINT PRETRIAL STATEMENT**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Sydney Reid, by and through her attorneys, Eugene Ohm and Tezira Abe, respectfully submit their Joint Pretrial Statement in accordance with the Court's Scheduling Order (ECF No. 19):

A. **Written Statements on Plea Offer:** The Government has not extended a plea offer in this case.

B. **Joint Statement of the Case:** The parties propose the following joint statement of the case to be read to prospective jurors:

Sydney Reid is charged with one count of Resisting, Impeding, or Interfering with Certain Officers. On or about July 22, 2025, law enforcement agents with the Federal Bureau of Investigation and Immigration and Customs Enforcement were present outside of the Central Detention Facility, located in the District of Columbia, to take into their custody two individuals charged with illegally entering or remaining in the United States. The Government alleges that the Defendant forcibly resisted, impeded, or interfered with FBI Agent Eugenia Bates or Immigration

and Customs Enforcement Officer Vincent Liang as the agents were taking the individuals into custody.[1] The defendant Sydney Reid denies that she committed the crime alleged.

- C. **Proposed *Voir Dire* Questions:** See Attachment 1.

- D. **List of Proposed Jury Instructions:** See Attachment 2.

- E. **List of Expert Witnesses:** The parties will not be offering any expert witnesses.

- F. **List of Prior Convictions:** The Government does not intend to use any prior convictions for impeachment purposes.

- G. **Lists of Exhibits:** See Attachment 3 for the Government's exhibit list. The Defendant has not provided an exhibit list but reserves the right to use exhibits for impeachments purposes

- H. **Stipulations:** The parties do have any stipulations.

- I. **Proposed Verdict Form:** See Attachment 4.

- J. **Proposed Schedule for Exchange of Witness Lists and *Jencks* Materials:** The parties propose exchanging witness lists a on October 3, 2025. The parties propose providing their witness lists to the Court the same day. The Government proposes a deadline for Jencks Act materials on October 3, 2025. The Defense proposes a deadline of September 29, 2025.

---

[1] The Defense objects to this statement's use of the disjunctive. The Defense proposes the following: "The Government alleges that the Defendant forcibly resisted, impeded, and interfered with FBI Agent Eugenia Bates and Immigration and Customs Enforcement Officer Vincent Liang as the agents were taking the individuals into custody."

        Respectfully submitted,
        Jeanine Ferris Pirro
        United States Attorney

By:   */s/ Travis Wolf*
       TRAVIS WOLF
       JASON FACCI
       Assistant United States Attorneys
       N.Y. Bar No. 5483243 (Wolf)
       N.Y. Bar No. 1027158 (Facci)
       United States Attorney's Office
       601 D Street NW
       Washington, DC 20530
       (202) 803-1670 (Wolf)
       (202) 252-7742 (Facci)
       Travis.Wolf@usdoj.gov
       Jason.Facci@usdoj.gov