UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 25-CR-244 (SLS) |
| | : | |
| **SYDNEY LORI REID,** | : | |
| | : | |
| Defendant. | : | |

### GOVERNMENT EXHIBIT LIST

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, presents the Governments exhibit list for trial:

1) DC Jail CCTV camera footage, perimeter front staff entrance PTZ1 (full video)
    a. DC Jail CCTV camera footage, perimeter front staff entrance PTZ1, clip 7:26:41.821- 7:28:42.024
    b. DC Jail CCTV camera footage, perimeter front staff entrance PTZ1, clip 6:39:58-6:41:10
    c. DC Jail CCTV camera footage, perimeter front staff entrance PTZ1, clip 6:47:31-6:48:16
    d. DC Jail CCTV camera footage, perimeter front staff entrance PTZ1, clip 6:48:50-6:49:22
    e. DC Jail CCTV camera footage, perimeter front staff entrance PTZ1, clip 7:24:28-7:25:52
    f. DC Jail CCTV camera footage, perimeter front staff entrance PTZ1, clip 7:20:54-7:21:10
    g. DC Jail CCTV camera footage, perimeter Massachusetts Ave (full video)
    h. DC Jail CCTV camera footage, perimeter 19th ST PTZ1 (full video)
2) DC jail CCTV camera footage declaration page- business records
3) Reid phone video where she walks around the front of jail
4) Reid phone video where she walks up to ERO officer Liang
5) FBI SA Eugenia Bates BWC (full video)
    a. FBI SA Eugenia Bates BWC clip run time 08:18-09:25 on windows media player
    b. Still frame from run time 08:28
    c. Still frame from run time 08:40
6) FBI SA Jason Jankovitz BWC (full video)
    a. FBI SA Jason Jankovitz BWC clip run time 06:41-08:55 on windows media player
    b. Still frame from run time 07:09

      c. Still frame from run time 07:18
      d. Still frame from run time 08:19
7) ERO Detention Officer Charles Craddock BWC (full video)
      a. ERO Detention Officer Charles Craddock BWC clip run time 8:01- 8:36 on windows media (BWC time 19:27:07- 19:27:42)
      b. Still frame from run time 08:04 (BWC time 19:27:09)
      c. Still frame from run time 08:28 (BWC time 19:27:33)
      d. Still frame from run time 08:35  (BWC time 19:27:40)
8) Photo of SA Eugenia Bates in FBI gear on July 22, 2025
9) Photo of SA Eugenia Bates left wrist on July 22, 2025 depicting abrasion
10) Photo of SA Eugenia Bates left palm on July 22, 2025
11) Composite exhibit of Sixteen (16) still photos/ taken from Reid's phone
      a. 20250722_224708837_iOS.jpg
      b. 20250722_224801348_iOS.jpg
      c. 20250722_224820348_iOS.jpg
      d. 20250722_224823717_iOS.jpg
      e. 20250722_224825335_iOS.jpg
      f. 20250722_224832597_iOS.jpg
      g. 20250722_224836270_iOS.jpg
      h. 20250722_224841224_iOS.jpg
      i. 20250722_224846735_iOS.jpg
      j. 20250722_224853968_iOS.jpg
      k. 20250722_224857314_iOS.jpg
      l. 20250722_224945210_iOS.jpg
      m. 20250722_225950000_iOS.png
      n. 20250722_225958000_iOS.jpg
      o. 20250722_230001000_iOS.png
      p. 20250722_230004000_iOS.png
12) Photograph of 1901 D Street SE (1)
13) Photograph of 1901 D Street SE (2)
14) Photograph of 1901 D Street SE (3)