UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | 25-CR-244-SLS |
| **SIDNEY LORI REID** | : | |

## MOTION FOR LEAVE TO FILE OUT OF TIME

Sidney Lori Reid, through undersigned counsel respectfully requests this Honorable Court allow her to file the motion in limine attached as Ex. 2. Undersigned counsel has conferred with the government which does not oppose Ms. Reid's late filing. Ms. Reid files this motion not to cause undue burden but so justice may be done.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
TEZIRA ABE
EUGENE OHM
Assistant Federal Public Defenders
625 Indiana Ave. N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500