## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | 25-CR-244-SLS |
| **SIDNEY LORI REID** | : | |

### ORDER

Upon consideration of Ms. Reid's motion to continue, it is hereby

ORDERED that the motion is granted; and it is further

ORDERED that Ms. Reid's motion in limine shall be docketed.

SIGNED and ENTERED this ____ day of _____ 2025.

_____
THE HONORABLE SPARKLE L. SOOKNANAN