UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | 25-CR-244-SLS |
| SIDNEY LORI REID | : | |

## NOTICE

Sidney Lori Reid, through undersigned counsel respectfully files this notice in response to the Court's September 26, 2025 minute order, requiring the parties to "identify[] any cases from this District of which the Parties are aware in which the court instructed the jury on the elements of the misdemeanor offense in 18 U.S.C. § 111(a), rather than the felony offenses."

Upon receipt of the Court's order, undersigned counsel reached out to their colleagues and counsel on multiple listservs to inquire about the existence of such a case. As of the time of this filing, counsel have not identified another case in this district where a court instructed a jury on the misdemeanor § 111(a) elements.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

　　　　/s/
TEZIRA ABE
EUGENE OHM
Assistant Federal Public Defenders
625 Indiana Ave. N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500