UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No. 25-CR-244 (SLS) |
| : | |
| **SYDNEY LORI REID,** : | |
| : | |
| **Defendant.** : | |

## NOTICE

The United States, by and through the United States Attorney for the District of Columbia, respectfully files this notice in response to the Court's September 26, 2025, minute order, requiring the parties to "identify[] any cases from this District of which the Parties are aware in which the court instructed the jury on the elements of the misdemeanor offense in 18 U.S.C. § 111(a), rather than the felony offenses." Upon receipt of the Court's order, the Government researched any matters brought in this District based on the Court's parameters.[1] As of the time of this filing, the Government has not identified another case in this district where a court instructed a jury on the misdemeanor § 111(a) elements.

---

[1] Counsel for the Government consulted multiple resources relating to the prosecution of offenses relating to January 6th.

        Respectfully Submitted,

        JEANINE FERRIS PIRRO
        UNITED STATES ATTORNEY
        NY Bar Number 1387455

By: _____
        Travis Wolf
        Jason Facci
        Assistant United States Attorneys
        N.Y. Bar No. 5483243 (Wolf)
        N.Y Bar No. 1010730 (Facci)
        601 D St, NW
        Washington, D.C. 20530
        Travis.Wolf@usdoj.gov
        Jason.Facci@usdoj.gov
        (202) 252-7803 (Wolf)