UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | Case No. 25-CR-244 (SLS) |
| : | |
| **SYDNEY LORI REID,** : | |
| : | |
| **Defendant.** : | |

## ORDER

Having reviewed the government's motion for leave to late file a motion in limine, and for good cause shown, the motion is hereby GRANTED. It is further ordered that the Clerk shall file the government's Motion in Limine on the docket in this matter.

IT IS SO ORDERED.

_____
SPARKLE L. SOOKNANAN
United States District Judge