UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | 25-CR-244-SLS |
| **SIDNEY LORI REID** | : | |

**DEFENSE WITNESS LIST**

Sidney Reid, through undersigned counsel, provides this preliminary defense witness list in compliance with the Court's orders. Counsel does not anticipate calling all of these witnesses but provides this list in the interest of transparency. Counsel will advise the government as soon as the defense finalizes the witnesses it intends to call.

1. Jessica Mason
2. Katie Campbell-Morrison
3. Yvonne Baicich
4. Tom Horrigan
5. Deborah Morris
6. Cynthia Reid
7. Stuart Reid
8. Emily Martin
9. Sean Riccardi

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
TEZIRA ABE
EUGENE OHM
Assistant Federal Public Defenders
625 Indiana Ave. N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500