UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | |
| v. | : | 25-CR-244-SLS |
| SIDNEY LORI REID | : | |

**DEFENSE EXHIBIT LIST**

| Exhibit Number | Description |
|---|---|
| 1 | Audio recording from Reid's cell phone |
| 2 | Reid elbow injury |
| 3 | Reid upper arm injury |
| 4 | Reid forearm injury |

.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
TEZIRA ABE
EUGENE OHM
Assistant Federal Public Defenders
625 Indiana Avenue N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500