UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 25-CR-244 (SLS) |
| | : | |
| **SYDNEY LORI REID,** | : | |
| | : | |
| Defendant. | : | |

**GOVERNMENT'S AMENDED EXHIBIT LIST**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, presents the Governments exhibit list for trial:

1) DC Jail CCTV camera footage, perimeter front staff entrance PTZ1 (full video)
    a. DC Jail CCTV camera footage, perimeter front staff entrance PTZ1, clip 7:26:41.821- 7:28:42.024
    b. DC Jail CCTV camera footage, perimeter front staff entrance PTZ1, clip 6:39:58-6:41:10
    c. DC Jail CCTV camera footage, perimeter front staff entrance PTZ1, clip 6:47:31-6:48:16
    d. DC Jail CCTV camera footage, perimeter front staff entrance PTZ1, clip 6:48:50-6:49:22
    e. DC Jail CCTV camera footage, perimeter front staff entrance PTZ1, clip 7:24:28-7:25:52
    f. DC Jail CCTV camera footage, perimeter front staff entrance PTZ1, clip 7:20:54-7:21:10
    g. DC Jail CCTV camera footage, perimeter Massachusetts Ave (full video)
    h. DC Jail CCTV camera footage, perimeter 19th ST PTZ1 (full video)
2) DC jail CCTV camera footage declaration page- business records
3) Defendant Cell Phone Video 1
4) Defendant Cell Phone Video 2
5) FBI SA Eugenia Bates BWC (full video)
    a. FBI SA Eugenia Bates BWC, time stamp 08:18-09:25
    b. Still frame from run time 08:28
    c. Still frame from run time 08:40
6) FBI SA Jason Jankovitz BWC (full video)
    a. FBI SA Jason Jankovitz BWC, time stamp 06:41-08:55
    b. Still frame at time stamp 07:09
    c. Still frame at time stamp 07:18

      d.  Still frame at time stamp 08:19
7) ERO Detention Officer Charles Craddock BWC (full video)
      a.  ERO Detention Officer Charles Craddock BWC time stamp 8:01- 8:36 (BWC time stampe 19:27:07- 19:27:42)
      b.  Still frame time stamp 08:04 (BWC time 19:27:09)
      c.  Still frame time stamp 08:28 (BWC time 19:27:33)
      d.  Still frame time stamp 08:35 (BWC time 19:27:40)
8) Photo of SA Eugenia Bates 1
9) Photo of SA Eugenia Bates 2
10) Photo of SA Eugenia Bates 3
11) Sixteen (16) stills or photos taken from Defendant's phone
      a.  20250722_224708837_iOS.jpg
      b.  20250722_224801348_iOS.jpg
      c.  20250722_224820348_iOS.jpg
      d.  20250722_224823717_iOS.jpg
      e.  20250722_224825335_iOS.jpg
      f.  20250722_224832597_iOS.jpg
      g.  20250722_224836270_iOS.jpg
      h.  20250722_224841224_iOS.jpg
      i.  20250722_224846735_iOS.jpg
      j.  20250722_224853968_iOS.jpg
      k.  20250722_224857314_iOS.jpg
      l.  20250722_224945210_iOS.jpg
      m.  20250722_225950000_iOS.png
      n.  20250722_225958000_iOS.jpg
      o.  20250722_230001000_iOS.png
      p.  20250722_230004000_iOS.png
12) Scene 1
13) Scene 2
14) Scene 3
15) Scene 4
16) Scene 5
17) Scene 6
18) Scene 7
19) Camera 1
20) Camera 2
21) Camera 3
22) Overhead Map

        Respectfully Submitted,

            JEANINE F. PIRRO
            UNITED STATES ATTORNEY D.C.

By:   /s/ *Travis Wolf*
            Travis Wolf (N.Y. Bar No. 5483243)
            Jason Facci (D.C. Bar No. 1027158)
            Assistant United States Attorneys
            601 D Street, NW
            Washington, D.C. 20530
            Jason.Facci@usdoj.gov
            Travis.Wolf@usdoj.gov
            (202) 803-1670 (Wolf)
            (202) 252-7803 (Facci)