UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 25-CR-244 (SLS) |
| | : | |
| **SYDNEY LORI REID,** | : | |
| | : | |
| Defendant. | : | |

### MOTION TO VACATE EVIDENTIARY HEARING

The United States, by and through the United States Attorney for the District of Columbia, respectfully requests that the Court vacate the evidentiary hearing scheduled for October 10, 2025, because the *Brady* issues raised by the defense are now moot. Following the motions hearing on October 9, 2025, the Government made additional inquiries of Officers Liang and Residovic with respect to the Instagram post they viewed on the day of the incident—July 22, 2025. Based on those conversations and text messages that Officers Liang and Residovic provided, the Government confirmed that the Instagram post that they viewed was the same "potomacpressdc" posting that was sent to the defense on September 16, 2025. Given that this post is completely irrelevant, and was previously disclosed to the defense, the need for an evidentiary on this issue is now moot. Additional details in support of this relief are as follows:

1. On October 9, 2025, Officer Liang provided the Government with the text message he received from a former MPD colleague alerting him to an Instagram post. Notably, the text message was sent on July 22, 2025, at 9:57 p.m., which is when Officer Liang was in the car transporting the Defendant. That text message is depicted in Figure 1 below:

1



**Figure 1**

2. Officer Liang relayed to the Government that both he and the Defendant are in the above image. Officer Liang also stated to the Government that this was the screenshot he showed to Officer Residovic while transporting the Defendant.

3. The Government previously stated in its Response that on September 16, 2025, Officer Residovic provided the Government with the URL for the Instagram post that he viewed on July 22, 2025. *See* ECF 47 at 4. However, as the parties have previously noted, the URL link provided by Officer Residovic was "broken" and the page was possibly "removed." *Id*. On October 9, 2025, Officer Residovic sent the Government a screenshot of the text message he received that contained the broken Instagram link in question. The broken link in Officer Residovic's text message shows a preview of the Instagram post, which is clearly the same post and Instagram account shown in

Officer Liang's text message above. Figure 2 below is the text message received by Officer Residovic on July 22, 2025:



**Figure 2**

4. Officer Residovic states that Officer Liang showed him either a still image or a video while he was driving and transporting the Defendant on July 22, 2025, and that it was the Instagram post contained in Figure 2. Officer Residovic further states that he only viewed this post for about three seconds, because he was driving.

5. On September 16, 2025, the government did its due diligence and searched for the

potomacpressdc Instagram post that it believed the officers viewed. The Government provided a link to the defense of this post, and can now say after receiving the texts from Officers Liang and Residovic, that it is the same post that they viewed on July 22, 2025.

6. The Government again notes that the Instagram post in question is not relevant or exculpatory, as it merely shows still images of agents standing around, and a brief video clip of the Defendant being arrested. The assault is not shown in this Instagram post.

7. The Government reached out to defense counsel to ascertain whether they consent to the relief sought in this motion. Defense counsel opposed this request.

## CONCLUSION

For the foregoing reasons, and for the reasons stated in the Government's previous filing (ECF 47), the Government requests that the Court vacate the evidentiary hearing scheduled for October 10, 2025, as the *Brady* issues raised by the defense are moot.

Respectfully Submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:   */s/ Jason Facci*
Jason Facci
Travis Wolf
Assistant United States Attorneys
N.Y. Bar No. 5483243 (Wolf)
D.C Bar No. 1027158 (Facci)
601 D St, NW
Washington, D.C. 20530
Travis.Wolf@usdoj.gov
Jason.Facci@usdoj.gov
(202) 252-7803 (Wolf)
(202) 252-7742 (Facci)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | Case No. 25-CR-244 (SLS) |
| : | |
| **SYDNEY LORI REID,** : | |
| : | |
| **Defendant.** : | |

# ORDER

Upon consideration of the Government's Motion to Vacate Evidentiary Hearing, and the record herein, it is hereby

**ORDERED** that the Government's motion is GRANTED and that the evidentiary hearing scheduled for October 10, 2025, is VACATED;

**SO ORDERED**.

_____
SPARKLE L. SOOKNANAN
United States District Judge

Date: October 10, 2025