UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 25-CR-244 (SLS) |
| | : | |
| **SYDNEY LORI REID,** | : | |
| | : | |
| **Defendant.** | : | |

## OPPOSITION TO MOTION TO VACATE

Sidney Reid, by and through her attorneys, respectfully opposes the government's Motion to Vacate. The defense has reviewed the government's proffered evidence and maintains its belief that the officers were in possession of another video that is exculpatory. The defense also notes that the government had, just yesterday, represented that: "Agent Residovic was not sent the link previously… and the link was only sent to him in response to the defense request" and that the "Government did not have information as to the identity of the account…" ECF No. 47 at 5-6, 9. The government's representation in its Motion appears to assert that yesterday's representation was false.

The defense is entitled to sworn testimony regarding the evidence, particularly when it has a good faith basis to believe a second video exists. The defense thus opposes the government's Motion.[1]

---

[1] The government has not yet received the preservation or body worn camera procedures of the relevant agencies.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Tezira Abe
Eugene Ohm
Assistant Federal Public Defenders
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500