**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| **v.** | **:** | **25-CR-244-SLS** |
| **SIDNEY LORI REID** | **:** | |

**DEFENSE OBJECTION TO GOVERNMENT EXHIBITS**

Sidney Lori Reid, through undersigned counsel respectfully files this objection to Government's Exhibits 11a–*l* as irrelevant. Relevant evidence is generally admissible under the federal rules, but irrelevant evidence is not. *See* Fed. R. Evid. 402. To determine whether evidence is relevant, courts must determine whether the evidence "has any tendency to make a fact more or less probable than it would be without the evidence" and whether "that fact is of consequence in determining the action." Fed. R. Evid. 401(a)–(b).

Upon formal review of the government's exhibits, defense counsel has noticed that the government intends to enter into evidence 16 photos that were taken from Ms. Reid's phone on July 22, 2025. Twelve of the photos the government seeks to admit are photos of the license plates of various cars in the D.C. Jail parking lot. It's not clear to the defense what relevance numerous license plate photos have in this case. Put differently, none of these photos has the tendency to make whether Ms. Reid assaulted, resisted, impeded, or interfered more or less probable. The defense therefore requests the Court conclude Government Exhibits 11a–*l* are inadmissible.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
TEZIRA ABE
EUGENE OHM

Assistant Federal Public Defenders
625 Indiana Ave. N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500