UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 25-cr-244 (SLS) |
| | : | |
| v. | : | |
| | : | VIOLATION: |
| SYDNEY LORI REID, | : | 18 U.S.C. § 111(a)(1) |
| | : | (Assaulting, Resisting, or Impeding |
| Defendant. | : | Certain Officers) |
| | : | |

**SUPERSEDING INFORMATION**

The United States Attorney charges that:

**COUNT ONE**

On or about July 22, 2025, within the District of Columbia, **SYDNEY LORI REID**, did forcibly assault, resist, oppose, impede, intimidate, and interfere with an officer and employee of the United States, Special Agent E.B. and Officer V.L., while such person was engaged in and on account of the performance of official duties.

(**Assaulting, Resisting, or Impeding Certain Officers,** in violation of Title 18, United States Code, Section 111(a)(1))

          Respectfully submitted,

          JEANINE FERRIS PIRRO
          United States Attorney

By:    /s/ Christine M. Macey
       Assistant United States Attorney
       D.C. Bar No. 1010730
       Deputy Chief, Felony Major Crimes Section
       601 D Street, NW
       Washington, D.C. 20530
       (202) 252-7058
       Christine.Macey@usdoj.gov