UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | |
| ) | Case No. 25-CR-244 (SLS) |
| **SIDNEY LORI REID,** ) | |
| ) | |
| **Defendant.** ) | |

## NOTICE OF FILING

Undersigned counsel, on behalf of Sidney Lori Reid, respectfully submits the attached letter for filing on the docket.

                                              Respectfully submitted,

                                              A.J. KRAMER
                                              FEDERAL PUBLIC DEFENDER

                                              _____/s/_____

                                              TEZIRA ABE
                                              EUGENE OHM
                                              Assistant Federal Public Defender
                                              625 Indiana Ave., NW
                                              Suite 550
                                              Washington, DC 20004
                                              (202) 208-7500