UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 25-CR-244 (SLS) |
| | : | |
| SYDNEY LORI REID, | : | |
| | : | |
| Defendant. | : | |

**JOINT STATUS REPORT**

The United States of America, by and through the United States Attorney for the District of Columbia, and the Defendant, by and through their counsel, respectfully submit the following Joint Status Report in response to the Court's Minute Order at 4:41pm on October 10, 2025.

1. The Government has reviewed the phones of Officers Residovic and Liang for messages that relate to the substance of the Defendant's Motion to Dismiss (ECF 45). As a result, the Government provided to the defense 35 additional screenshots of text messages from Officer Residovic's phone, seven of which are from Officer Parodi. A review of Officer Liang's phone resulted in one additional text message screenshot that has also been provided to the defense.

2. The Government called Officer Parodi to discuss whether he had text messages relevant to the Court's Order but contact could not be made until 7:54pm this evening. On the call with Officer Parodi, the Government requested any written communication that he had about this case. Officer Parodi stated that he would search through his phone and provide any pertinent messages this evening. Of note, the Government did receive and disclose seven text messages from Officer Parodi, as indicated above. The Defense maintains its request that the prosecutors personally inspect their phones.

3. The Chief of the Criminal Division for the D.C. U.S. Attorney's Office contacted leadership at both FBI and ICE, requesting their policies on BWC and preservation of evidence. The Government received BWC policy from both agencies, which were provided to the defense.

The FBI was not able to locate any policy responsive to the preservation of videos posted on social media. The FBI also noted there is a policy that references the availability of preservation letters as an investigative tool for preserving evidence pending issuance of applicable legal process, but it does not require the use of preservation letters. Similarly, the Acting Director ICE's Enforcement Removal Operations (ERO) stated that ERO does not have a preservation of evidence policy. The officers who were on scene on July 22, 2025, that were not FBI agents were ERO agents.

The defense has requested additional documents that are referenced within the provided documents and are awaiting answers to that inquiry.

4. The government does not anticipate disagreement over the defense's ability to contact Mr. Dernbach. The Government spoke with Mr. Dernbach and informed him that the defense would like to speak with him, and that it was his decision whether to do so. The Government will provide defense counsel's contact information to Mr. Dernbach this evening.

Respectfully Submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:   /s/ Jason Facci
Jason Facci
Travis Wolf
Assistant United States Attorneys
N.Y. Bar No. 5483243 (Wolf)
D.C Bar No. 1027158 (Facci)
601 D St, NW
Washington, D.C. 20530
Travis.Wolf@usdoj.gov
Jason.Facci@usdoj.gov
(202) 252-7803 (Wolf)
(202) 252-7742 (Facci)

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Tezira Abe
Eugene Ohm
Assistant Federal Public Defenders
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500