UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**  )<br>)<br>v.  )<br>)<br>**SIDNEY LORI REID,**  )<br>)<br>Defendant.  )<br>) | Case No. 25-CR-244 (SLS) |

### NOTICE OF FILING

Undersigned counsel, on behalf of Sidney Lori Reid, respectfully requests the attached email that was discussed at the end of closing arguments be made part of the record.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


_____/s/_____
TEZIRA ABE
EUGENE OHM
Assistant Federal Public Defender
625 Indiana Ave., NW
Suite 550
Washington, DC  20004
 (202) 208-7500

| | |
|---|---|
| **From:** | Eugene Ohm |
| **To:** | sooknanan_chambers@dcd.uscourts.gov |
| **Cc:** | Wolf, Travis (USADC); Facci, Jason (USADC); Tezira Abe |
| **Subject:** | Objection |
| **Date:** | Thursday, October 16, 2025 11:36:00 AM |

The defense objects to the government's rebuttal argument and requests the following curative instruction.

Proposed Curative Instruction

I have stricken from the record any testimony by Agent Bates about what Ms. Reid thought or intended. There were references in the government's closing arguments to what Ms. Reid thought or intended. You are permitted to make fair inferences from the evidence but you are not permitted to consider Agent Bates' testimony about what she thought Ms. Reid was thinking or intending or the prosecutors' arguments that there was direct evidence about what Ms. Reid was intending or thinking.