**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| **v.** | : |
| | :    **Case No. 25-cr-244 (SLS)** |
| | : |
| **SYDNEY LORI REID,** | : |
| | : |
| **Defendant.** | : |

**GOVERNMENT'S EXHIBIT LIST**

| Exhibit No. | Name | Admitted | Witness |
|---|---|---|---|
| 1 | CCTV Camera | X | AGENT BATES |
| 1A | CCTV Camera – clip | | |
| 2 | DC Jail Business Record Declaration | | |
| 3 | Cell Phone Video | X | AGENT BATES |
| 4 | Cell Phone Video 2 | | |
| 4A | Cell Phone Video Still | | |
| 5 | BWC – Eugenia Bates | X | AGENT BATES |
| 5A | BWC – Eugenia Bates Clip | | |
| 5B | Still Frame – BWC Eugenia Bates | | |
| 5C | Still Frame – BWC Eugenia Bates | | |
| 6 | BWC – Jason Jankovitz | X | AGENT BATES |
| 6A | BWC – Jason Jankovitz clip | X | AGENT BATES |
| 6B | Still Frame – BWC Jason Jankovitz | | |

1

| Exhibit No. | Name | Admitted | Witness |
|---|---|---|---|
| 6C | Still Frame – BWC Jason Jankovitz | | |
| 6D | Still Frame – BWC Jason Jankovitz | | |
| 7 | BWC – Charles Craddock | | |
| 7A | BWC – Charles Craddock Clip | | |
| 7B | Still – Charles Craddock | | |
| 7C | Still – Charles Craddock | | |
| 7D | Still – Charles Craddock | | |
| 8 | Photo – Eugenia Bates | | |
| 9 | Photo – Eugenia Bates hand | X | AGENT BATES |
| 10 | Photo – Eugenia Bates palm | | |
| 11B | Photo – Front of Truck | X | AGENT BATES |
| 11K | Photo – Rear of Truck | X | AGENT BATES |
| 12 | Google Maps Image – DC Jail | X | AGENT BATES |
| 13 | Scene Photo | | |
| 14 | Scene Photo | | |
| 15 | Scene Photo | | |
| 16 | Scene Photo | | |
| 17 | Scene Photo | | |
| 18 | Scene Photo | X | AGENT BATES |
| 19 | Photo – Camera | | |

| Exhibit No. | Name | Admitted | Witness |
|---|---|---|---|
| 20 | Photo – Camera | | |
| 21 | Photo – Camera | | |
| 22 | Overhead View – DC Jail | X | AGENT BATES |
| 23 | 302 – Identification Only | | |
| 24 | Stipulation | X | READ ON THE RECORD |
| 25 | Stipulation - BWC | X | READ ON THE RECORD |

Respectfully submitted,

JEANINE F. PIRRO
UNITED STATES ATTORNEY

By:    /s/ Travis Wolf
Travis Wolf
NY Bar Number 5483243
Assistant United States Attorney
601 D Street NW
Washington, D.C. 20530
202-803-1670
travis.wolf@usdoj.gov