United States
vs.
Sidney Lori Reid

Civil/Criminal No. 25-cr-244

- [ ] Government
- [ ] Plaintiff
- [x] Defendant
- [ ] Joint
- [ ] Court

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 5 | SA BATES TEXT MSG | X | X | AGENT BATES | |
| 5b | TEXT WITH RESIDOVIC (REDACTED) | X | X | AGENT BATES | |
| 5c | TEXT WITH RESIDOVIC (GREEN) (REDACTED) | X | X | AGENT BATES | |
| 5d | TEXT WITH WOLF | X | X | AGENT BATES | |
| 7a | PHOTO (PART OF GOV EXHIBIT) | X | X | NO WITNESS | |
| 7b | SCREENSHOT OF LIANG FROM REID RECORDING | X | X | NO WITNESS | |
| 8 | PHOTO LIANG ID | X | X | AGENT BATES | |
| 9 | REID INJURY 1 | X | X | JESSICA MASON | |
| 10 | REID INJURY 2 | X | X | JESSICA MASON | |
| 11 | REID INJURY 3 | X | X | JESSICA MASON | |

United States
vs.
Sidney Lori Reid

Civil/Criminal No. 25-cr-244

Government [ ]
Plaintiff [ ]
Defendant [X]
Joint [ ]
Court [ ]

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 12 | REID INJURY 4 | X | X | JESSICA MASON | |
| 15 | LIANG GJ1 EXCERPT (REDACTED) | X | X | NO WITNESS | |
| 16 | LIANG GJ2 EXCERPT (REDACTED) | X | X | NO WITNESS | |
| 17 | SIGNED STIPULATION RE AUSA DERNBACH | X | X | NO WITNESS | |