CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

SYDNEY LORI REID

Civil/Criminal No.: __25CR244-SLS__

## NOTE FROM JURY

Judge,

We have reached a verdict.

Date: 10-16-2025

Time: 01:35 pm

FOREPERSON

Evo Jeffrey
10-16-25
1333 hrs