UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Case No. 25-CR-244 (SLS) |
| SYDNEY LORI REID, | : |
| Defendant. | : |

## VERDICT FORM

As to the charge of Assaulting, Resisting, or Impeding Certain Officers, we, the jury in the above-captioned case, unanimously find the defendant, Sydney Reid:

____X____ Not Guilty          _____ Guilty

_____          10-16-2025
Foreperson Signature                Date