AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

_____ Washington _____ DISTRICT OF _____ Columbia _____

UNITED STATES OF AMERICA

V.

SYDNEY LORI REID

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 25-cr-00244-SLS-1

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

Sparkle L. Sooknanan | USDC Judge
Name of Judge | Title of Judge

10/16/2025
Date